**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | No. **CR 09-2343-TUC-FRZ** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Tucson, Arizona |
| | ) | July 1, 2010 |
| **Yuris Bonilla-Guizar,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE BERNARDO P. VELASCO, MAGISTRATE JUDGE**

<u>TRANSCRIPT OF PROCEEDINGS</u>

<u>ARRAIGNMENT</u>

**APPEARANCES:**
For the Plaintiff:
    U.S. Attorney's Office Tucson
    By:  **Michelle Spaven**, Esq.
    405 West Congress Street, Suite 4800
    Tucson, Arizona 85701

For the Defendant:
    Law Office of Peter Hormel
    By:  **Peter Hormel**, Esq.
    P.O. Box 308
    Tucson, Arizona 85702

Spanish Interpreter:  Beatriz Senor

Transcriptionist:
Candy L. Potter
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 36
Phoenix, Arizona 85003-2151
(602) 322-7246

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1            THE CLERK:  When your name is called, please come
 2   forward with your attorney.
 3
 4            (Proceedings involving other defendants not related to
 5   this case are not included in this transcript)
 6
 7            THE CLERK:  And CR 09-2343.
 8            THE INTERPRETER:  Yuris Bonilla-Guizar and Carlos
 9   Armando Calixtro-Bustamante.
10            THE CLERK:  All on for arraignment.
11            Counsel, please state your appearance.
12            MS. SPAVEN:  Michelle Spaven for the United States.
13
14            (Proceedings involving other defendants not related to
15   this case are not included in this transcript)
16
17            THE CLERK:  Mr. Hormel.
18            MR. HORMEL:  Present for Mr. Bonilla.  He is not
19   present.  I haven't filed a waiver.  Although he let us know he
20   didn't want to be here for this third Superseding Indictment,
21   prison was on lockdown when I went up, so I'll have to bump it
22   for a week.  And we'll get the waiver filed, Judge.
23            THE COURT:  So ordered.
24
25            (Proceedings involving other defendants not related to
```

```
 1  this case are not included in this transcript)
 2
 3          THE COURT:  Waive reading of the Indictments, enter
 4  pleas of not guilty?
 5          MULTIPLE VOICES:  Yes, Judge.
 6
 7          (Proceedings involving other defendants not related to
 8  this case are not included in this transcript)
 9
10          THE COURT:  Everyone else is set for trial August
11  24th.
12          The plea deadline of August 13th.
13          Counsel should know that Judge Zapata will be on
14  senior status by August 24th.  Get your pleas in early.
15          We'll stand at recess.
16
17                              -oOo-
18
19
20
21
22
23
24
25
```

```
 1
 2
 3
 4
 5
 6                       C E R T I F I C A T E
 7
 8       I, CANDY L. POTTER, court-approved transcriber,
 9  certify that the foregoing is a correct transcript from the
10  official electronic sound recording of the proceedings in the
11  above-entitled matter.
12
13       DATED at Phoenix, Arizona, this 16th day of November,
14  2011.
15
16
17
18                                    s/Candy L. Potter__
19                                    Candy L. Potter
20
21
22
23
24
25
```