UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | No. **CR 09-2343-TUC-FRZ** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Tucson, Arizona |
| | ) | July 12, 2010 |
| **Yuris Bonilla-Guizar,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**BEFORE: THE HONORABLE GLENDA E. EDMONDS, MAGISTRATE JUDGE**

**TRANSCRIPT OF PROCEEDINGS**

**STATUS CONFERENCE**

Transcriptionist:
Candy L. Potter
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 36
Phoenix, Arizona 85003-2151
(602) 322-7246

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1
 2                         A P P E A R A N C E S
 3

 4   For the Plaintiff:
             United States Attorney's Office Tucson
 5           By:  Kristen B. Kelly, Esq.
             405 West Congress Street, Suite 4800
 6           Tucson, Arizona 85701

 7   For Defendant Bonilla-Guizar:
             Law Office of Peter Hormel
 8           By:  Peter Hormel, Esq.
             P.O. Box 308
 9           Tucson, Arizona 85702

10   For Defendant Calixtro-Bustamante:
             Jesus R. Romo Vejar PC
11           By:  Jesus R. Romo Vejar, Esq.
             177 North Church Avenue, Suite 200
12           Tucson, Arizona 85701

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE CLERK:  Criminal 09-2343, USA versus Yuris
2    Bonilla-Guizar and Carlos Armando Calixtro-Bustamante, both on
3    for motion hearing regarding request to have Magistrate Judge
4    at deposition.
5           Counsel, please state your appearance.
6           MS. KELLY:  Good afternoon, Your Honor, Kristen Kelly
7    on behalf of the United States.
8           MR. ROMO:  Good afternoon, Your Honor, Jesus Romo on
9    behalf of Carlos Armando Calixtro, who is present in custody.
10          THE COURT:  Does your client need an interpreter,
11   Mr. Romo?
12          MR. ROMO:  No.
13          THE COURT:  Okay.  Thank you.
14          MR. HORMEL:  Good afternoon, Your Honor, Peter Hormel
15   on behalf of Mr. Bonilla-Guizar.  He appears in custody and
16   assisted by the court's interpreter.
17          THE COURT:  Good afternoon to everyone.
18          Mr. Romo has previously filed a motion that I be
19   present.  I had denied it, indicating that I would be available
20   throughout the term.  And then Mr. Romo indicated he wanted a
21   hearing on it.  So we're treating this as a motion to
22   reconsider.
23          Mr. Romo.
24          MR. ROMO:  Your Honor, there are two material
25   witnesses in this case, and originally I thought that they were

1  the subject of this deposition.  You might recall that at some
2  point there was a request to take their deposition and we
3  opposed it, and Your Honor ruled in their favor, and then the
4  Government withdrew that request for deposition of those two
5  witnesses.
6           This is a separate case, Your Honor, a separate
7  witness.  The witness is German Gonzalez-Sandoval.  Apparently,
8  Your Honor, Mr. Gonzalez-Sandoval was arrested along with my
9  client at some point in September of last year.  And I believe
10 it was in September.  And he is accused of possessing 12 pounds
11 of marijuana.  He's been offered a plea, I've been told by the
12 Government, of zero to six months in exchange for his
13 cooperation.
14          Based on that plea -- and apparently the plea was just
15 offered today, is my understanding, Judge.
16          But -- but the deposition was set for tomorrow.  As
17 you know, Judge, if he accepts the plea there has to be a
18 change of plea, and then a sentence, which would be a month,
19 month and a half, two months from now.
20          The rules are specific, Judge, Rule 15 of depositions,
21 and that is that they should be granted only under exceptional
22 circumstances.  I don't believe, Judge, that this is an
23 exceptional circumstance.
24          It also speaks, Your Honor, of detained material
25 witnesses.

```
1       THE COURT:  Wait a minute, Mr. Romo.  I thought we
2  were here to argue about whether or not I'm going to sit in
3  during the video deps.  Now you're talking about should the
4  depos be held.
5       MR. ROMO:  Right.
6       THE COURT:  Well, no.  We are here to discuss your
7  motion that I sit in on the -- on the video depositions.
8  That's what your motion was about.  And that's what I'm here to
9  discuss, sir.
10      MR. ROMO:  Well, Your Honor, we believe, Judge, that
11 the depositions were going to be for the two material
12 witnesses.  They're not for the two material witnesses.
13      THE COURT:  The ones you originally talked about?
14      MR. ROMO:  Yes, Your Honor.
15      THE COURT:  Okay.
16      MR. ROMO:  Now we have a different circumstance.
17      What we're asking, Judge, is that you deny the
18 deposition, vacate the --
19      THE COURT:  Okay.  No, I'm not going to deny the
20 deposition until I have that motion in front of me.  Okay?
21      MR. ROMO:  Well --
22      THE COURT:  We are here -- we are here, Mr. Romo, to
23 discuss whether or not I'm going to sit in on the depositions.
24 This is what your written motion said when I ruled, and I
25 denied that motion.  And then you told my -- as I understand,
```

```
1   you said to my JA, well, then I want a hearing on that.
2               MR. ROMO:  Well --
3               THE COURT:  And this is what we're here, on my denial
4   of this motion, sir.
5               MR. ROMO:  Because I wanted Your Honor to vacate that
6   hearing until such time as we had done --
7               THE COURT:  You stated, sir -- this -- all this motion
8   says is that defendant Carlos Calixtro-Bustamante requests that
9   deposition of German Gonzalez-Sandoval now scheduled for July
10  13th at 8:30 at the Grand Jury room, United States District
11  Courthouse, be scheduled as previously agreed at the courtroom
12  of Magistrate Judge Glenda E. Edmonds, with Judge Edmonds
13  present.  In the event that Judge Edmonds be unavailable for
14  that date, defendant requests a continuance of the deposition
15  to a time and a date where all the parties and the judge will
16  be available.
17              This is what we're here to discuss, this motion.
18              MR. ROMO:  And Your Honor ruled on that last Friday.
19              THE COURT:  Right.  And then -- and then you said,
20  well, then I want a hearing on that.  I thought you wanted a
21  hearing on this motion.
22              MR. ROMO:  Because I wanted you to vacate the hearing
23  tomorrow, so that we can --
24              THE COURT:  You didn't say that, sir.
25              MR. ROMO:  Well, Judge, I -- I had no
```

1   opportunity -- Your Honor, when you ruled, I was on the road.
2           THE COURT: Okay.
3           MR. ROMO: And I asked for a hearing today so that I
4   could bring before Your Honor a motion, (inaudible) motion, if
5   Your Honor has ruled, that you vacate the hearing to such time
6   when we do an appeal. Because, Your Honor, we --
7           THE COURT: Okay. Oh, so you want to -- what you want
8   to do is appeal my denial of this motion?
9           MR. ROMO: I want to appeal both, Your Honor, because
10  originally you ruled -- you ruled that the Government could
11  proceed with the depositions.
12          THE COURT: And when did I make that ruling, sir?
13          MR. ROMO: You made that ruling quite some time ago,
14  Judge. But we didn't do anything because the Government
15  withdrew that --
16          THE COURT: Okay.
17          MR. ROMO: -- that notice of deposition.
18          Now we have a new one, Judge, and we want an
19  opportunity to have the Court on appeal hear this matter.
20  Because the rules are very clear --
21          THE COURT: I tell you what you can do, sir, you have
22  until 5:00 o'clock, you can file an appeal, and then once the
23  appeal is filed, then it goes to the District Court and I no
24  longer have any jurisdiction. So file your -- maybe you should
25  have filed the appeal, instead of setting this for hearing

1  filed the appeal.
2          MR. ROMO:  I wanted you to reconsider, Judge, given
3  Rule 15, that's why I was arguing the Rule 15.
4          THE COURT:  You know what, this motion here, the
5  request for me to be present, this -- this was what you filed.
6  I ruled on it.  You had then -- what you could have done is
7  filed a motion to reconsider or a motion to appeal, an appeal
8  of my decision, this denial.
9          What I suggest you do, sir, is by 5:00 o'clock file an
10 appeal, or first thing tomorrow morning file an appeal, and
11 see -- as far as I know then that would deprive me of any
12 further jurisdiction until that's resolved by the higher court.
13         MR. ROMO:  All right.
14         THE COURT:  Okay then.
15         MR. ROMO:  But we have a hearing scheduled for
16 tomorrow morning, Judge, a deposition.
17         THE COURT:  Well, then file your appeal, sir.
18         MR. ROMO:  Oh, I will, I'll file it by 5:00, Judge, no
19 doubt.
20         THE COURT:  Is there anything further you want to add,
21 Mr. Hormel?
22         MR. HORMEL:  Your Honor, the only thing I would add is
23 that we are -- you know, this is a sort of surprising turn of
24 events.  I will tell the Court there have been three
25 superseding Indictments in this case.  We're getting disclosure

```
 1   at the last minute.  We've got new witnesses flying in.  We've
 2   got -- and sort of surprising turn of events.
 3           The -- I'm not particularly comfortable with the
 4   process the way it is right now.  I agree with Mr. Romo --
 5           THE COURT:  Okay.  Well, then you can join in his
 6   appeal, sir.
 7           MR. HORMEL:  I will do.
 8           That's all I have to add.
 9           THE COURT:  Okay.  Anything you want to put on the
10   record?
11           MS. KELLY:  Just for the record, Your Honor,
12   disclosure in this case has been given many, many months ago.
13   Audiotape recordings of Mr. German Gonzalez-Sandoval's
14   statements were given out with original disclosure.  So defense
15   counsel has had that since the infancy of this case.
16           What I gave to them today is a transcript for their
17   assistance, which we just got from Dan Miller, the
18   transcriptionist.
19           So I gave them that, and they do have the defendant
20   Mr. German Gonzalez' plea, a copy of that.
21           THE COURT:  Okay.
22           MS. KELLY:  Thank you.
23           THE COURT:  All right.
24           MR. ROMO:  Judge, just for the record, Your Honor,
25   because I think the record should be very clear.
```

1        THE COURT: All right.
2        MR. ROMO: The witness that is proposed to be deposed
3   by the Government has not accepted the plea offer. The lawyer
4   is not here. We don't know if tomorrow, if he's to be deposed,
5   that he would agree to the deposition. He has not accepted
6   anything at this point. And I don't think that pursuant to
7   Rule 15 these are the circumstances that would merit a
8   deposition.
9        I just want to make that for the record. I understand
10  that I didn't make that clear to the Court, Your Honor.
11       THE COURT: Yeah. Okay.
12       MR. ROMO: Thank you.
13       THE COURT: Thank you.
14       You may be excused, and we're at recess.
15
16                              -oOo-

```
 1
 2
 3
 4
 5
 6                     C E R T I F I C A T E
 7
 8        I, CANDY L. POTTER, court-approved transcriber,
 9   certify that the foregoing is a correct transcript from the
10   official electronic sound recording of the proceedings in the
11   above-entitled matter.
12
13        DATED at Phoenix, Arizona, this 16th day of November,
14   2011.
15
16
17
18
                                         s/Candy L. Potter__
19                                       Candy L. Potter
20
21
22
23
24
25
```