```
 1                IN THE UNITED STATES DISTRICT COURT

 2                        DISTRICT OF ARIZONA

 3
     UNITED STATES OF AMERICA,    )
 4                                )    CR 09-2343-TUC-FRZ
              Plaintiff,          )
 5   vs.                          )
                                  )    September 1, 2010
 6   YURIS BONILLA-GUIZAR and     )    Tucson, Arizona
     CARLOS ARMANDO CALIXTRO-     )
 7   BUSTAMANTE,                  )
                                  )
 8            Defendants.         )

 9
                          MOTION HEARING
10

11
            BEFORE:  HONORABLE FRANK R. ZAPATA
12              UNITED STATES DISTRICT JUDGE
             405 W. CONGRESS, COURTROOM 5-A
13               TUCSON, ARIZONA 85701

14

15                    A P P E A R A N C E S

16      FOR THE GOVERNMENT:  MS. KRISTEN KELLY and MR. JOHN
     EVANS, ASSISTANT UNITED STATES ATTORNEYS.
17
        FOR DEFENDANT BONILLA-GUIZAR:  MR. PETER HORMEL,
18   ATTORNEY AT LAW.

19      FOR DEFENDANT CALIXTRO-BUSTAMANTE:  MR. JESUS ROMO
     VEJAR, ATTORNEY AT LAW.
20
        THE INTERPRETERS:  MR. JUAN RADILLO.
21

22                       Dianne Davenport
                    405 W. Congress, Suite 1500
23                     Tucson, Arizona 85701
                          (520)205-4266
24

25      Proceedings prepared by computerized realtime translation
```

1        P R O C E E D I N G S
2        (Call to order of court, 8:35 a.m.)
3        THE CLERK:  Criminal case 09-2343, United States of
4   America versus Yuris Bonilla-Guizar and Carlos Calixtro-Bustamante,
5   on for motion hearing.
6        MS. KELLY:  Good morning, Your Honor.  Kristen Kelly
7   and John Evans on behalf of the United States.
8        THE COURT:  Good morning.
9        MR. HORMEL:  Good morning, Your Honor.  Peter Hormel
10  for Mr. Bonilla.  He appears in custody, assisted by the interpreter.
11       THE COURT:  Good morning.
12       MR. ROMO VEJAR:  Jesus Romo on behalf of Mr.
13  Calixtro-Bustamante, who is present, in custody.
14       THE COURT:  Good morning.
15       This is the time set for, first, the motion by counsel for
16  the defendant Mr. Bonilla regarding a motion for status conference
17  regarding the trial date in this case.
18       Mr. Hormel, do you wish to be heard?
19       MR. HORMEL:  Yes, Your Honor.
20       I've discussed this matter with all the counsel involved
21  and there's been some new information flowing in the case that we are
22  attempting to react to.  I don't think that we can be ready by the 14th
23  based on that.
24       I've made some filings with the court and requests of the
25  court for approval of some things.  There are some things we need to

1  get to the bottom of.
2  　　　　　　The issue with the handwriting, that's news.
3  　　　　　　There was an interview done on the 10th of August of
4  this year in which it came out that the material witness, the one with
5  the initials JJFL-C, I've typed that in enough I know it, gave a
6  statement on the 10th of August that she had actually written in some
7  of those books.  There are various handwritings in those.
8  　　　　　　I don't know if the court has had a chance to look at
9  those attached in one of the government's pleadings.  We'd like to
10 know what belongs where.  We are skeptical that it's limited to what
11 she claims in the interview.  We are asking for the handwriting
12 exemplar.  We want this to be flushed out.
13 　　　　　　The government was given the opportunity to do that,
14 and I think it's only fair based on these circumstances that we be as
15 well.  I think it's important for the preparation of this trial.
16 　　　　　　We are reacting to things really late.  Things are still
17 coming in, Your Honor, and based on that we had discussed trial dates
18 in October.  Apparently this court has a trial beginning early October.
19 So the date that we all agreed we could be available is the 26th.  I
20 don't know whether this court is available on that date.
21 　　　　　　THE COURT:  Look at the 26th, please, Peach.
22 　　　　　　Nine trials on that day.  That is a pretty light schedule.
23 　　　　　　What's the government's position, Ms. Kelly?
24 　　　　　　MS. KELLY:  If I may from standing here?
25 　　　　　　THE COURT:  Yes.

1    MS. KELLY:  We are fine with a short continuance.  So
2  setting it sometime in October would be permissible to the
3  government.
4    We too, I think as the court does, would like to see this
5  have a trial date that go forward at some point in the near future.
6  October 26 is fine, if it works for the court.  If there is another date in
7  and around that time that would work for Your Honor, we are available
8  for that as well.
9    THE COURT:  Mr. Romo, what's your position?
10    MR. ROMO VEJAR:  Your Honor, we are fine with that
11  date.
12    However, we came to ask for a continuance because we
13  had a flood of disclosure last Friday.  You had ordered that we be
14  given all information on the previous petitions by the government and
15  we were not given those until very recently.  Some of it is still not
16  available.
17    The only reason I bring this up, Judge, is that I don't
18  believe that we should go over to October 10, October 15 and then
19  have again this same problem.  I think that we need to have all
20  disclosure available to us, all Brady material available to us so that we
21  are prepared and ready to go to trial on whatever date you choose,
22  Your Honor.
23    THE COURT:  Thank you.
24    Well, there was recently filed motions by the
25  government and some responses by the defense and some objections

1  by the defense but not to all matters.
2              Of course, I believe the motions for -- the government's
3  motions in limine came in on August 24th, and, of course, by today's
4  date that would not give the defense sufficient time to respond under
5  the rules to those.  Those are late.  And a number of things have been
6  untimely in this case, but we will move forward here.
7              I am going to continue the trial based on the oral motion
8  by counsel finding that there is basis for excludable delay from the
9  Speedy Trial Act.
10             Further finding that failure to grant the continuance will
11 result in a miscarriage of justice.
12             There will be excludable delay from the filing of the
13 motion by counsel for status hearing regarding trial date which was
14 August 26th through and including the trial date of October 26, 2010.
15             This matter will be set for trial on October 26, 2010, at
16 9:30 a.m.
17             There will be a motions hearing to go over all of these
18 matters.  This matter will be set for motions hearing that have been
19 filed to date and the other motions that are filed on September 20,
20 2010, that is a Monday, at 10:00 a.m.
21             The plea deadline in this case is October 8, 2010.
22             It's ordered that the government make available the
23 witness JJFL-C for the taking of handwriting exemplars.  You will need
24 to coordinate that with counsel for the defendant.
25             It's ordered that -- defendant filed the motion for

1  appointment of an expert to take handwriting exemplars.  That is
2  granted.  The defense needs to forward its expert's name, the other
3  matters that need to be sent in for preparation of a voucher to pay the
4  expert.
5            Mr. Hormel, anything further at this time?
6            MR. HORMEL:  No, not at this time, Your Honor.  I think
7  that will get us moving again.
8            THE COURT:  Mr. Romo?
9            MR. ROMO VEJAR:  No.  Thank you, Your Honor.
10           THE COURT:  Ms. Kelly?
11           MS. KELLY:  No, thank you.
12           THE COURT:  Thank you.  We will stand at recess.
13           (The proceedings concluded at 8:45 a.m.)

7

C E R T I F I C A T E

I, Dianne Davenport, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/  Dianne Davenport                    November 16, 2011